UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. NELSON PEREZ, Crim. No. 07-585

## PETITION FOR WRIT OF HABEAS CORPUS

1. NELSON PEREZ is now confined at the Essex County Jail.

2. Said individual will be required at NEWARK, New Jersey, before the Hon. William H. Walls, U.S. DISTRICT Judge, on Tuesday, July 8th, at 10:00 a.m., for a Violation of Supervised Release Hearing in the above-captioned case. A Writ of Habeas Corpus should issue for that purpose.

DATED: June 27, 2008

Ronnell L. Wilson
Assistant U.S. Attorney
Petitioner

## ORDER

Let the Writ Issue.

DATED: July __, 2008

Hon. William H. Walls, U.S.D.J.

## WRIT OF HABEAS CORPUS

The United States of America to Warden of the Essex County Jail:
WE COMMAND YOU that you have the body of

NELSON PEREZ,

now confined at the Essex County Jail, brought before the United States District Court, the Hon. William H. Walls, U.S. DISTRICT Judge, in the United States Post Office & Court House at NEWARK, on Tuesday, July 8th, at 10:00 a.m., in civilian clothes, so that he may attend his Violation of Supervised Release Hearing in the above-captioned matter. Immediately upon completion of the proceedings, defendant will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable William H. Walls
United States DISTRICT Judge
Newark, New Jersey.

DATED: July 2, 2008

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk